No. 01–5371. Foye *v.* South Carolina et al. C. A. 4th Cir. Certiorari denied. 

No. 01–5372. Griffin *v.* Newland, Warden. C. A. 9th Cir. Certiorari denied.

No. 01–5373. White *v.* United States District Court for the Eastern District of Oklahoma. C. A. 10th Cir. Certiorari denied.

No. 01–5374. Wheeler *v.* Morgan et al. C. A. 3d Cir. Certiorari denied.

No. 01–5375. Wright *v.* United States. C. A. 8th Cir. Certiorari denied. 

No. 01–5376. Bautista-Macias *v.* United States. C. A. 9th Cir. Certiorari denied. 

No. 01–5377. Arterberry *v.* United States. C. A. 5th Cir. Certiorari denied. 

No. 01–5378. Agha *v.* Pine Creek Properties et al. C. A. 9th Cir. Certiorari denied.

No. 01–5379. Pratch *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5380. Duncan *v.* Morton, Administrator, New Jersey State Prison, et al. C. A. 3d Cir. Certiorari denied. 

No. 01–5381. Campos-Padilla *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 01–5382. Wilson *v.* United States. C. A. 3d Cir. Certiorari denied. 

No. 01–5383. Gera *v.* Hassenfeld et al. C. A. 1st Cir. Certiorari denied. 

No. 01–5384. Owen *v.* United States. C. A. 11th Cir. Certiorari denied. 

No. 01–5385. Perez-Garcia *v.* United States. C. A. 5th Cir. Certiorari denied.